## No. 1050.

### THE STATE VS. EUGENE THIBODEAUX.

The record must shew the presence of the accused in court at every important stage of his trial for a felony. If it does not, the sentence will be set aside, and a new trial ordered.

APPEAL from the District Court for Assumption.　BEATTIE, J.

*J. L. Winder*, District Attorney, for the State.　*Guion* for Defendant.

DE BLANC, J., delivered the opinion reversing the judgment.